THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant, *v.* MAURICE E. CONNOLLY, as President of the Borough of Queens, Respondent.

*People ex rel. Brooklyn Heights R. R. Co.* v. *Connolly*, 160 App. Div. 905, appeal dismissed.
(Argued April 13, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 19, 1913, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to issue to the relator a permit to enter upon and open Fresh Pond road for the purpose of laying railroad tracks.

*Charles L. Woody* and *George D. Yeomans* for appellant.

*Frank L. Polk, Corporation Counsel (William P. Burr* and *William J. Clarke* of counsel), for respondent.

Appeal dismissed, with costs, on the ground that it does not affirmatively appear that the application was not denied in the exercise of discretion; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.